AO 91(Rev.5/ 85) Criminal Complaint





# United States District Court

CENTRAL   DISTRICT OF   CALIFORNIA

UNITED STATES OF AMERICA
V.
**DANIEL VILLANUEVA**
**REG#: 34418-045**

**CRIMINAL COMPLAINT**

CASE NUMBER:   2:25-MJ-02718-DUTY

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about April 06, 2024, in Los Angeles County, in the Central District of California, defendant Daniel VILLANUEVA ("VILLANUEVA") did escape from the custody of the United States Attorney General, in violation of Title 18 United States Code, Section 751. I further state that I am a Deputy U.S. Marshal and that this complaint is based on the following facts:

On or about April 07, 2024, the United States Marshals Service received information from James Billingsly of the Bureau of Prisons, stating that VILLANUEVA had escaped from the GEO Care Residential Reentry Center ("RRC") located at 11750 Romona Blvd, El Monte, CA 91732.   According to Bureau of Prisons records, VILLANUEVA is a Hispanic male, approximately 5 feet and 5 inches tall, weighing approximately 170 pounds, bald with hazel eyes.   VILLANUEVA is 25 years old and a United States citizen.

Based on my review of institutional and court records, on or about January 14, 2020, in case number 4:19-CR-346-GAF, VILLANUEVA was sentenced in the United States District Court for the Western District of Missouri, by United States District Judge Gary A. Fenner to a term of 120 months to be followed by five years supervised release.   VILLANUEVA was convicted of Possession with Intent to Distribute 400 Grams or More of Fentanyl in violation of 21 United States Code, Section 841(a) and (b)(1)(A)

On April 6, 2025, at 10:25 p.m., VILLANUEVA approached the control center window of the GEO Care RRC and asked for his cell phone that had previously been taken by RRC staff.   RRC staff told him he would not be getting his phone until Monday, April 7, when his case manager could talk to him about it. VILLANUEVA then said, "Ok fuck you," and proceeded to walk out the front door of the RRC without permission to leave the facility.

Continued on the attached sheet and made a part hereof:   ☐ Yes  ☒ No

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

/s/
Signature of Complaint
Thomas Dietz, Deputy U.S. Marshal

May 6, 2025
Date

at Los Angeles, California
City and State

Hon. Rozella A. Oliver, U.S. Magistrate Judge
Name & Title of Judicial Officer

*Rozella A. Oli*
Signature of Judicial Officer